McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

FILED

2005 OCT 27 P 3: 52

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

BY_____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1: 05 CR 00 4 1 9 OWW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. |
| | ) | |
| Plaintiff, | ) | VIOLATION: 18 U.S.C. § |
| | ) | 751(a) - Escape From |
| v. | ) | Custody |
| | ) | |
| HOMAR ESCARSEGA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

I N D I C T M E N T

The Grand Jury charges:  T H A T

HOMAR ESCARSEGA,

defendant herein, on or about October 13, 2003, in Kern County,
State and Eastern District of California, did knowingly escape
from custody at Taft Correctional Institution, in which he was
lawfully confined at the direction of the Attorney General by
virtue of a judgment and commitment of the United States District
Court for the District of Nebraska upon conviction for Possession
with Intent to Distribute a Controlled Substance
(Methamphetamine), in violation of Title 21, United States Code,
Section 841(a)(1).

1

1          All in violation of Title 18, United States Code, Section

2     751(a).

3

4

5                                        A TRUE BILL.

6                                        /S/

7                                        FOREPERSON

8

9     McGREGOR W. SCOTT
      United States Attorney

10

11    By
      MARK E. CULLERS

12    Assistant U.S. Attorney
      Chief, Fresno Office

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28