DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HOMAR ESCARSEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HOMAR ESCARSEGA, <br><br> Defendant. | NO. 1:05-cr-00419 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER <br><br> Date:  July 11, 2008 <br> Time:  9:00 A.M. <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for July 3, 2008, **may be continued to July 11, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and plea negotiation prior to hearing.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

                                                              McGREGOR M. SCOTT
                                                              United States Attorney

DATED:  June 30, 2008                          By   /s/ Kimberly Sanchez
                                                              KIMBERLY SANCHEZ
                                                              Assistant United States Attorney
                                                              Attorney for Plaintiff


                                                              DANIEL J. BRODERICK
                                                              Federal Defender


DATED:  June 30, 2008                          By   /s/ Marc Days
                                                              MARC DAYS
                                                              Assistant Federal Defender
                                                              Attorney for Defendant
                                                              HOMAR ESCARSEGA


**ORDER**

**The Court grants the request, but further requests in this or any other case must have specificity to establish good cause.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:   June 30, 2008**                    /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                              -2-