DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HOMAR ESCARSEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00419 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER |
| v. | ) | |
| HOMAR ESCARSEGA, | ) | Date: September 12, 2008 |
| Defendant. | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for August 29, 2008, **may be continued to September 12, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and plea negotiation prior to hearing.  The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                McGREGOR M. SCOTT
United States Attorney

DATED: August 27, 2008                    By  /s/ Kimberly Sanchez
                                                              KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

                                                DANIEL J. BRODERICK
Federal Defender

DATED: August 27, 2008                    By  /s/ Marc Days
                                                              MARC DAYS
Assistant Federal Defender
Attorney for Defendant
HOMAR ESCARSEGA

**ORDER**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    August 27, 2008**                  **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE